Oliver D. Smith
7 Aldenham Road
Radlett, Hertfordshire
WD7 8AU, England
+ 44  07769176821
oliveratlantis@gmail.com

Pro se

## IN THE UNITED STATES DISTRICT COURT FOR

## THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLIVER D. SMITH | ) Case No. 3:24-CV-00727-AGT |
| Plaintiff, | ) **LETTER TO MAGISTRATE JUDGE ALEX G. TSE** |
| vs. | ) |
| SUBSTACK, INC. | ) |
| Defendant. | ) |

## **LETTER**

There appears to be confusion about Substack's place of service of process, so Plaintiff wishes to set the record straight in this letter. The Defendant has stated: **"**Plaintiff could have easily served Substack's registered agent for service of process, which Substack maintains pursuant to its corporate registration obligations." (ECF #34, p. 5). However, Substack's website clearly states on their "Chat with Substack" feature when asked "Where can I send legal documents in person" and "Where can I send a process server" that their address for service is 111 Sutter Street, 7th Floor San Francisco CA, 94104 (see screenshots). Having read this, Plaintiff hired and sent a process server to this address to serve Substack legal papers but they were unreasonably denied entrance into the building, three times.





The address 111 Sutter Street, 7th Floor San Francisco CA, 94104 is the only address mentioned on Substack's website; no separate registered agent address is listed nor is easy to find on the internet. If you simply run web searches for Substack's address for service – what shows up on a Google search is: 111 Sutter Street, 7th Floor San Francisco CA, 94104 (not another address). Plaintiff has no clue what the separate registered agent address is or how he is even expected to have known about it. The Plaintiff therefore stands by his accusation(s) made earlier Substack have acted unprofessionally and engaged in misconduct during these proceedings when filed (wasting Plaintiff's process server costs).

Oliver D. Smith

Dated 24/06/2024 (24 June 2024)

