Oliver D. Smith
7 Aldenham Road
Radlett, Hertfordshire
WD7 8AU, England
+ 44  07769176821
oliveratlantis@gmail.com

Pro se

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLIVER D. SMITH,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>SUBSTACK INC.,<br><br>JOHN DOE<br><br>　　　　Defendants. | Case No. 3:24-CV-00727-AGT<br><br>**ERRATA** |

## ERRATA

Plaintiff Oliver D. Smith would like to correct a typing error in his second amended complaint (ECF No. 39, p. 4). At paragraph 10 he stated (referring to the 'Cancel Watch' blog post): "The article was published on 5 July 2024 but was updated on 7 and 11 July 2024." The year is wrong – the article was published on 5 July 2023 and edited on 7 and 11 July 2023.

Dated: 20.08.2024 (20 August 2024)

_____
Oliver D. Smith,
Pro se.

- 1 -