# Exhibit 3

  

Oliver Smith

**Date:** 23/04/24
**Crime Ref Number:** 41/32163/24

Dear Oliver,

We are sorry to hear that you have become a victim of crime. We understand how distressing this experience can be and thank you for reporting it to us.

The harassment you reported on 23/04/24 will be investigated by PC 486 Perry. You will need to quote your crime reference number if making an insurance claim, or whenever contacting us for further information. Please also be reassured that your local Safer Neighbourhood Policing Team will be made aware of your crime. We will keep you updated on the progress of the investigation into your crime at least once a month, and as soon as possible in the event of any further significant developments.

The officers email address is: ▇▇▇▇▇▇▇▇▇▇▇▇▇

It is your right to make a Victim Personal Statement. This statement is different to a witness statement as it explains in your own words how the crime has affected you and can be used to help shape what additional support you and/or your family may require. It can also be considered by a judge or magistrate when determining a sentence.

Further information is available at www.gov.uk/government/publications/victim-personal-statement.

You are entitled to information and support following your experience to help you recover. For more information on your rights as a victim under the Victims' Code of Practice and what help you could access, visit Beacon Victim Service website at www.hertfordshirebeacon.org.

If you would like to access more specialist emotional or practical advice and support, get in touch with the Beacon Victim Care team on 0300 011 5555 option 3, to speak to one of the trained Case Managers, for a confidential and independent service.

The Herts Beacon Assist app is free of charge and available through your mobile app / play store. It is an app for victims of crime in Hertfordshire to access free and confidential help, support and information.

There is relevant information on the Hertfordshire Police Webpage at www.herts.police.uk including crime prevention advice on how to protect your home, vehicle and personal property, together with information on your Local Neighbourhood Watch Group and the Community Messaging scheme.

Included at the foot of this letter is a QR link to Herts Connected (www.hertsconnected.co.uk), a free interactive messaging service from Hertfordshire Constabulary. The service can send you alerts, advice and updates directly from Herts Police. Herts Connected allows you to choose who you would like to hear from and to tailor what you receive.

**I am unable to take calls directly but if you have any queries about the investigation of your crime, please telephone 01707 355001 and press 2 for Investigation Management Unit (IMU) or email IMU@herts.police.uk.**

Sent on behalf of:

*[signature]*

Inspector Chris KOUWENBERG 1844
Victim Service Team, Beacon Victim Care

*[QR code: SCAN ME]*