Oliver D. Smith
7 Aldenham Road
Radlett, Hertfordshire
WD7 8AU, England
+ 44  07769176821
oliveratlantis@gmail.com

Pro se

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLIVER D. SMITH<br><br>Plaintiff,<br><br>vs.<br><br>JOHN DOE<br><br>Defendant | Case No. 3:24-cv-00727-AGT<br><br>**EX PARTE APPLICATION** |

Plaintiff Oliver D. Smith requests ex parte in accordance with Federal Rules of Civil Procedure, Rule 45 (a) (3): "*Issued by Whom.* The clerk must issue a subpoena, signed but otherwise in blank, to a party who requests it. That party must complete it before service. An attorney also may issue and sign a subpoena if the attorney is authorized to practice in the issuing court." The Plaintiff therefore asks respectfully for his blank subpoena form (to produce electronic information under Rule 34) to be signed by a court clerk. The purpose of the subpoena to a third-party[1] is to identify the John Doe.

Dated: 12.12.2024 (12 December 2024)

Oliver D. Smith, pro se.

---

[1] The third-party is Substack Inc., recently dismissed as a defendant in this case (ECF No. 49).

- 1 -