Oliver D. Smith
7 Aldenham Road
Radlett, Hertfordshire
WD7 8AU, England
+ 44  07769176821
oliveratlantis@gmail.com

Pro se

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLIVER D. SMITH<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JOHN DOE<br><br>　　　　Defendant | Case No. 3:24-cv-00727-AGT<br><br>**NOTICE OF VOLUNTARY DISMISSAL**<br><br>**(OF DEFENDANT JOHN DOE)** |

　　The Plaintiff Oliver D. Smith ("**ODS**") cannot definitely identify the John Doe Defendant; owner of the Cancel Watch newsletter/blog hosted by Substack Inc. The latter in a recent email stated they would object to any subpoena. They almost certainly have access to John Doe's private information to unmask the anonymous Defendant but will not voluntarily disclose it to ODS. John Doe has refused to respond to any of ODS's messages and so wants to remain anonymous. Although ODS can make a decent argument to subpoena the John Doe Defendant based on the *Dendrite*[1] test this would likely be denied based on First Amendment which protects freedom of speech including anonymous speech. Secondly, ODS has had difficulty navigating the US legal system as a pro se litigant. Obtaining a Doe subpoena appears complex. For these reasons, the Plaintiff dismisses his claim against the John Doe

---

[1] *Dendrite v. Doe*, 342 N.J. Super. 134, 775 A.2d 756 (App. Div. 2001).

Defendant under Federal Rule of Civil Procedure 41(a)(1)(A)(i) because the opposing party (John Doe) has not served an answer to the second amended complaint nor a motion for summary judgment. Note that the separate Defendant in this case, Substack Inc., was earlier dismissed (see ECF No. 49). Although the Plaintiff's litigation ends in this court, ODS plans to file a libel claim against John Doe in the High Court of Justice (KBD) in London. The High Court can file an injunctive relief against persons unknown, including upon summary judgment basis. It is a shame the US does not allow this.

## STATEMENT BY OLIVER D. SMITH

TO THE HONORABLE COURT, ALL PARTIES AND COUNSEL: I am the Plaintiff in this matter and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), I voluntarily dismiss:

☐ This entire case.
☒ Only Defendant [name] JOHN DOE.

Such dismissal shall be without prejudice,

Dated: 16.12.2024 (16 December 2024)

Oliver D. Smith, pro se.